**DISMISS and Opinion Filed October 31, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00567-CV

**GARRETT COLE, Appellant**
**V.**
**SHERRY KNICKERBOCKER, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-06-04924**

## MEMORANDUM OPINION

Before Justices Moseley, Lang, and Brown
Opinion by Justice Moseley

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant has informed the Court that the parties have settled their differences. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Jim Moseley/
JIM MOSELEY
JUSTICE

130567F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GARRETT COLE, Appellant

No. 05-13-00567-CV          V.

SHERRY KNICKERBOCKER, Appellee

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-06-04924.
Opinion delivered by Justice Moseley.
Justices Lang and Brown, participating.


In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee, SHERRY KNICKERBOCKER, recover her costs of this appeal from appellant, GARRETT COLE.


Judgment entered this 31st day of October, 2013.


/Jim Moseley/
JIM MOSELEY
JUSTICE